1  Todd M. Friedman (SBN 216752)
   tfriedman@toddflaw.com
2  Adrian R. Bacon (SBN 280332)
   abacon@toddflaw.com
3  Law Offices of Todd M Friedman, P.C.
   21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
   Telephone: (323) 306-4234
5  Facsimile: (866) 633-0228

6  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARD GROUP INTERNATIONAL, LLC, a Corporation; DOES 1-10 inclusive, and each of them,<br><br>Defendants. | Case No. 3:21-cv-00389-CRB<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.

///

Stipulation to Dismiss- 1

Respectfully submitted this 12th Day of November, 2021,

**LAW OFFICES OF TODD M. FRIEDMAN P.C**
**By:   s/Adrian R. Bacon**
**ADRIAN R. BACON Esq.**
Attorney for Plaintiff

**By:   /s/ Stephen Watkins**
**Stephen A. Watkins Esq.**
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: November 12, 2021   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

Filed electronically on this 12th Day of November, 2021, with:

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 12th Day of November, 2021.
s/Adrian R. Bacon
ADRIAN R. BACON